UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERICA ANDERSON,

    Plaintiff,

v.                                                      Case No. 8:23-cv-2782-WFJ-AAS

THE CITY OF HAINES CITY,
FLORIDA, and ANNE HUFFMAN,

    Defendants.
_____/

**ORDER PERMITTING ELECTRONIC DEVICES**

The opportunity to test technology for the trial in this matter will be permitted on the afternoon of **Thursday, June 12, 2025**, and the jury trial will begin **Monday, June 16, 2025**, in Courtroom 15B of the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, Florida.  It is **ORDERED AND ADJUDGED** as follows:

1) The Defendant's Motion and Plaintiff's Motion to allow electronic devices in the courthouse (Dkts. 55, 78) are **granted.**  The following individuals may bring the following equipment into the Courthouse either or both **June 12, 2025, and the week of June 16, 2025**.

2) Defendant's Counsel **Chase Hattaway** and **Derek M. Dzwonkowski,** and Defendant's paralegal **Charlotte Hook,** shall each be permitted to

bring one cellular telephone and one laptop computer into the courthouse for the technology testing and the trial.

3) Plaintiff's Counsel **Kelly Chanfrau** and **Taylor Carley Gruber** shall each be permitted to bring one cellular telephone, one laptop computer, and one iPad into the courthouse for the technology testing and the trial.

4) Plaintiff's paralegals **Amber Maizel, Alexia Brooks, Melanie Schacht, Emma Powers, Blake Bailey, and Lindsy Wenner**, and Plaintiff's Trial Tech with Novak Trial Services **Keith Shulman** shall each be permitted to bring one cellular telephone and one iPad into the courthouse for the technology testing and the trial.

5) Plaintiff **Erica Anderson** is permitted to bring one cellular telephone into the courthouse for the trial.

6) Defendant's City representative **Loyd Stewart** and Defendant's insurance carrier representative **Eddie Hoebich** shall each be permitted to bring one cellular telephone into the courthouse for the trial.

7) The cellular telephones must be placed on silent while inside the courtroom. Cellular telephones may be used only outside Courtroom 15B unless specific permission is sought from the Judge.

8) The individuals authorized by this Order shall present a copy of this Order to security personnel whenever entering the courthouse with an

electronic device. Security personnel also require the authorized persons to present picture identification at each time of entry. The electronic devices are subject to inspection and exclusion at any time by security personnel at their sole discretion.

9) This Order and associated permission to bring electronic devices into the courthouse may be revoked at any time for any reason by this Court.

**DONE AND ORDERED** at Tampa, Florida, on June 5, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
United States Marshals Service
Court Security Officers
Counsel of record