UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ERICA ANDERSON,

    Plaintiff,

v.   Case No. 8:23-cv-2782-WFJ-AAS

THE CITY OF HAINES CITY,
FLORIDA, and ANNE HUFFMAN,

    Defendants.
_____/

## ORDER as to CHARLOTTE HOOK PERMITTING ELECTRONIC DEVICES

The opportunity to test technology for the trial in this matter will be permitted on the afternoon of **Friday, June 13, 2025**, and the jury trial will begin **Monday, June 16, 2025**, in Courtroom 15B of the Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, Florida.  It is **ORDERED AND ADJUDGED** as follows:

1) Defendant's paralegal **Charlotte Hook** shall be permitted to bring one cellular telephone, two laptop computers, one extra computer monitor, one HDMI splitter, and all associated extension cords, power strips, connectors and cables, into the courthouse for the technology testing on June 13 and the trial beginning June 16.

2) The cellular telephone must be placed on silent while inside the courtroom. Cellular telephones may be used only outside Courtroom 15B unless specific permission is sought from the Judge.

3) Ms. Hook shall present a copy of this Order to security personnel whenever entering the courthouse with an electronic device. Security personnel also require Ms. Hook to present picture identification at each time of entry. The electronic devices are subject to inspection and exclusion at any time by security personnel at their sole discretion.

4) This Order and associated permission to bring electronic devices into the courthouse may be revoked at any time for any reason by this Court.

**DONE AND ORDERED** at Tampa, Florida, on June 11, 2025.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
United States Marshals Service
Court Security Officers
Counsel of record